United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDITH WOODRUFF,

        Plaintiff,

        v.

KBS REAL ESTATE INVESTMENT TRUST, INC., et al.,

        Defendants.

_____/

No. C 13-1643 PJH

**ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the chambers copy of the Declaration of Ellen E. Smith filed in support of defendants' motion to dismiss was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☒ is not usable for another reason – (a) No copy of the Smith Declaration was attached to the exhibits, or submitted with the exhibits; (b) the stack of exhibits is more than 4 inches thick, and should be divided into two volumes.

The paper used for the above-described chambers copy has been recycled by the court. No later than May 1, 2013, defendants shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: April 29, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge